**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose VARGAS–CISNEROS,**
**Defendant–Appellant.**

**No. 06–10612.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Paul L. Pugliese, Esq., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Charles C. Diaz, Esq., Law Offices of Charles C. Diaz, Reno, NV, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jose Vargas–Cisneros appeals from his 135–month sentence for conspiracy to possess with intent to distribute methamphetamine and aiding and abetting, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2.

We reject Vargas–Cisneros's contention regarding the enforceability of the appeal waiver, and we dismiss the appeal. *See United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005); *see also United States v. Ameline,* 409 F.3d 1073, 1084 n. 8 (9th Cir.2005) (en banc).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

